ALEXANDRA K. PIAZZA (SBN 341678)
apiazza@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Telephone: (619) 489-0300
Facsimile: (215) 875-4604

*Attorneys for Plaintiffs, the Aggrieved Employees, and the putative California Class*

LINDA CLAXTON, CA Bar No. 125729
linda.claxton@ogletree.com
JULIANA C. VALLIER, CA Bar No. 345339
juliana.vallier@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

*Attorneys for Defendant
PREMIUM RETAIL SERVICES, INC.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA YOUNG AND PHILLIP JACKSON, as "aggrieved employees" on behalf of other similarly situated "aggrieved employees" under the Labor Code Private Attorney General Act of 2004,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIUM RETAIL SERVICES, INC.,<br><br>Defendant. | Case No. 3:23-cv-01515-CAB-BLM<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION**<br><br>Complaint Filed: August 17, 2023<br>Trial Date: TBD<br>District Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Hon. Barbara Lynn Major |

In light of the Court's Order (Dkt. No. 32), and pursuant to the terms of the Parties' Settlement Agreement under which this Action has been consolidated with *Gay, et. al., v. Premium Services, LLC*, Contra Costa Superior Court, Case No. C23-02216, Plaintiffs PATRICIA YOUNG and PHILLIP JACKSON ("Plaintiffs") and Defendant PREMIUM RETAIL SERVICES, INC. ("Defendant"), by and through their respective counsel of record, respectfully request that the entire above-captioned action be dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed).

DATED: May 29, 2025                                 Respectfully submitted,

                                                    BERGER MONTAGUE PC

                                                    By: /s/ Alexandra K. Piazza
                                                        Alexandra K. Piazza

                                                    *Attorneys for Plaintiffs, the Aggrieved Employees, and the putative California Class*

DATED: May 29, 2025                                 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                                    By: /s/ Linda Claxton
                                                        Linda Claxton
                                                        Juliana C. Vallier

                                                    *Attorneys for Defendant*
                                                    *PREMIUM RETAIL SERVICES, INC.*